UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENKI RODRIGUEZ-MORALES,

                Plaintiff,

-against-

BREAKING GROUND, et al.,

                Defendants.

25-CV-0799 (LTS)

ORDER OF DISMISSAL

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

    By order dated April 2, 2025, the Court directed Plaintiff, within thirty days, to resubmit the signature page of the complaint and *in forma pauperis* ("IFP") application with an original signature. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not submitted the signed signature pages. Accordingly, the complaint is dismissed without prejudice. *See* Fed. R. Civ. P. 11(a).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

    The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated:   June 2, 2025
             New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                  Chief United States District Judge